UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISON
CASE NO.

ALAN WOO

    Plaintiff.

v.

THE INDIVIDUALS AND ENTITIES
ASSOCIATED WITH THE DOMAINS AND
EMAIL ADDRESSES LOCATED AT
@moroniwebbcapital.com and
@delwebbltd.com.,
michael.williams@delwebbltd.com,
michael.williams@moroniwebbcapital.com,

    Defendant(s)
_____/

## COMPLAINT

Plaintiff, ALAN WOO ("Plaintiff"), hereby files his complaint against Defendant, the individuals and entities associated with the domains and email addresses located @moroniwebbcapital.com, @delwebbltd.com, michael.williams@delwebbltd.com, michael.williams@moroniwebbcapital.com.

### PARTIES, JURISDICTION, AND VENUE

1. ALAN WOO is a citizen of Hamburg, Germany.

2. On information and belief, Defendants are as-of-yet unidentified individuals or entities who operate a boiler room in various locations throughout the world. It is believed the individuals are residents and citizens of the State of Florida. On information and belief, the Doe Defendants own and/or operate the domain names, email addresses, and the bank accounts at issue in this case.

1

3. This Court has subject matter jurisdiction over this action under 28 U.S.C § 1332. Plaintiff is a resident and citizen of Hamburg, German, and Defendants are believed to be citizens of the State of Florida, and the amount in controversy exceeds $75,000.

4. Venue lies within this District because a substantial part of the events giving rise to these claims occurred in this District.

## GENERAL ALLEGATIONS

5. Ant Group is an affiliate of Chinese Search Engine Alibaba Group. Alibaba owned the world's largest payment platform named Alipay. Alipay was rebranded as Ant Group Services on October 23, 2014.

6. Ant Group intended to complete an initial public offering, aiming to raise $34 billion by listing.

7. The Doe Defendants fraudulently held themselves out as legitimate investment advisors selling warrants and pre-IPO shares in Ant Group.

8. In email messages sent to potential investors, the Doe Defendants fraudulently held themselves out as Michael Williams.

9. The fraudulent email messages purported to offer an investor to purchase warrants and stock in the pre-IPO of Ant Group.

10. The email messages appeared like legitimate email messages with legitimate company logos. For example, the email uses the following logo(s):



48F Shinbashi Tokyu Bldg 4-21-3,
Shinbashi Minato-ku,
Tokyo 105-0004
Japan.
Tel: +81345405931
Trading Desk: + 81345405932
Email malcolm.christensen@delwebbltd.com
Website http://www.delwebbltd.com



520-3, Ebisu 4-chome, Shibuya-ku,
Tokyo 150 6019, Japan.

Tel: +81 3457 73971
Tel: +81 3457 73969
Email: hana.matsumoto@moroniwebbcapital.com
Web: www.moroniwebbcapital.com

11. The email messages were sent from the following domain names: delwebbltd.com and moroniwebbcapital.com.

12. According to Icann, the domain name moroniwebbcapital.com is registered with Tucows, Inc, a Pennsylvania Corporation. According to Whois, delwebbltd.com was registered with Tucows, Inc.

13. The DOE defendants also included fake phone numbers and addresses in the fraudulent email messages delivered to potential investors.

14. The DOE Defendants offered securities for sale to potential victims, however, the investments were fictitious.

15. Unknown persons created and operated domain names using the names DelWebb Capital and Moroni Webb Capital to send emails to potential victims to convince them to transfer money to them for stock they were not selling and advanced fees that were non-existent.

16. After the investor made the decision to purchase the shares or warrants, the investor was sent a fake trade and sales confirmation.

17. On information and belief, the individuals responsible for operating the domain names at @moroniwebbcapital.com and @delwebbltd.com operated a boiler room. In other words, the Doe Defendants were selling fictitious securities of Ant Group.

18. After a victim pays money for stock and/or warrants, the fraudsters would pressure victims to pay additional money for non-existent fees for things such as capital gains tax.

19. An advanced fee scheme occurs when a victim pays money to someone in anticipation of receiving something of greater value and then receives little or nothing in return.

20. In the fall of 2018, Alan Woo ("Plaintiff") was solicited to purchase pre-IPO warrants in Ant Group by a gentleman identifying himself as "Michael Williams." Mr. Williams contacted Mr. Woo via telephone and electronic mail.

21. Mr. Williams represented that he was a Vice President of International Equity Trading at DelWebb Capital located in Tokyo, Japan.

22. Mr. Williams subsequently advised Plaintiff that DelWebb Capital changed its name to Moroni Webb Capital Ltd.

23. Mr. Williams sent Plaintiff emails from Michael.williams@delwebbltd.com and Michael.williams@moroniwebbcapital.com.

24. Mr. Williams represented to Plaintiff that the warrants and stock would be delivered to him and placed into his account.

25. On January 7, 2019, a gentleman by the name of Malcolm Christensen sent Plaintiff an email representing that an account was opened up in his name. Malcolm Christensen represented that he was the Chief Technology Officer of DelWebb.

26. On March 26, 2019, Plaintiff was told that DelWebb was going to be renamed MoroniWebb Capital Ltd, and that his account would now be handled under the new company.

27. Between November 2018 and May 2021, Plaintiff believed he had purchased Ant Group 150,000 shares from DelWebb Capital and Moroni Webb Capital. Plaintiff paid $1,593,181.25 for the shares.

28. Plaintiff was subsequently advised that Ant Group was being bought out and that his pre-IPO shares would be sold for $18.25, which would result in a capital gain.

29. Plaintiff was advised by Michael Williams that he would need to pay an advanced fee to pre-pay his capital gains tax.

30. Between September 23, 2021, and September 2022, Plaintiff made four payments for capital gains tax as a result of Michael Williams's instruction. Plaintiff made a payment of $197,134.50, $92,595, $36,349.94, and $30,352.

31. Mr. Williams subsequently advised Plaintiff that he was required to pay $37,925 for a commission on the sale of 148,000 warrants.

32. In accordance with Mr. Williams's instruction, on December 12, 2022, Plaintiff paid $37,925.00.

33. In total, Plaintiff paid $356,431.44 for fictitious advanced fees.

34. As it turns out, Plaintiff never purchased or received a single share or warrant of Ant Group. In fact, no account was opened in the name of Plaintiff at DelWebb or Moroni Capital.

Plaintiff lost $2,091,156.69 as a result of the fraudulent scheme. Thus, the trade and sales confirmations that Mr. Woo received were fake and fraudulent.

35. In fact, DelWebb and Moroni Webb Capital were fictitious entities. Neither DelWebb Capital nor Moroni Webb Capital were legitimate companies that operated a business or sold stock.

36. Moreover, the advanced fees "Michael Williams" advised Plaintiff that he was required to pay did not exist.

37. At no time did Plaintiff receive any funds from his investment and advanced fees he paid to DelWebb Capital and Moroni Webb Capital as he was promised.

38. In other words, Plaintiff was defrauded.

39. After not receiving any funds from his investment, Plaintiff has become aware that he does not own a single share of Ant Group, an account was not opened up in his name, and that he is a victim of an advanced fee scheme.

## COUNT I – FRAUD

40. Plaintiff realleges paragraphs 1-38 as if fully set forth herein.

41. The Doe Defendants made various false statements of material fact to Plaintiff that induced him to pay money for stock and warrants in Ant Group.

42. Particularity, the Doe Defendants falsely represented to Plaintiff that DelWebb Capital and Moroni Webb Capital were registered financial advisors.

43. DelWebb Capital and Moroni Webb Capital, however, are fictitious businesses who are run by individuals operating a boiler room operation.

44. The Doe Defendants further made a false statement to Plaintiff when they told him they sold pre-IPO shares of Ant Group. In fact, the Doe Defendants did not offer Ant Group securities or any securities for sale.

45. The Doe Defendants made additional false statements when they represented to Plaintiff that he owed money for capital gains taxes and adjustments.

46. The Doe Defendants accomplished their fraud by creating and using email addresses using domain names @moroniwebbcapital.com and @delwebbltd.com that appeared to use legitimate.

47. However, the people delivering emails from those email addresses used alias names such as Michael Williams to communicate with Plaintiff.

48. The Doe Defendants were fully aware their representations were false. The Doe Defendants knew full well that DelWebb Capital and Moroni Webb Capital were fictitious businesses and that they were not selling Mr. Woo pre-IPO shares and warrants in Ant Group. In fact, the Doe Defendants were using fictitious names to perpetrate the fraud.

49. The Doe Defendants also knew that Plaintiff did not owe money for capital gains tax and adjustments.

50. Additionally, no person named Michael Williams worked at DelWebb or Moroni Webb Capital.

51. The Doe Defendants made the representations specifically for the purpose of convincing and inducing Mr. Woo to deliver money to them.

52. Plaintiff suffered injury as a direct result of the false statements and representations made to him by the Doe Defendants. Plaintiff paid $1,696,800.25 as a result of the false statements.

WHEREFORE, plaintiff, Alan Woo demands judgment against Defendants, for damages together with pre-judgment and post-judgment interest, attorneys' fees and costs, punitive damages, and such further relief as this Court deems appropriate.

## COUNT II – UNJUST ENRICHMENT

53. Plaintiff realleges paragraphs 1-38 as if fully set forth herein.

54. DelWebb Capital and Moroni Webb Capital are fictitious businesses and the individuals who falsely represented that DelWebb and Moroni were legitimate businesses operate a boiler room operation.

55. Plaintiff paid money for pre-IPO shares in Ant Group to individuals purporting to be a registered investment advisor named DelWebb and Moroni Webb Capital.

56. The Doe Defendants further made a false statement to Mr. Woo when they told him they sold pre-IPO shares of Ant Group. In fact, the Doe Defendants did not offer Ant Group securities or any securities for sale.

57. Plaintiff paid money to the Doe Defendants for pre-IPO shares that he never received.

58. Plaintiff thus conferred a benefit on the Doe Defendants who received money from Plaintiff due their fraud and misrepresentations.

59. The Doe Defendants had knowledge of the benefit, and accepted and retained it.

60. The circumstances are such that it would be inequitable for the defendant to retain the benefit without paying fair value for it since the money was paid as a result of intentional false misrepresentations.

WHEREFORE, plaintiff, Alan Woo demands judgment against defendants, for damages together with pre-judgment and post-judgment interest, attorneys' fees and costs, and such further relief as this Court deems appropriate.

**SOLNICK LAW, P.A.**

3363 NE 163rd Street, Suite 801
North Miami Beach, Florida 33160
Tel: 786-629-6530
Email: pete@solnicklaw.com

*/s/ Peter J. Solnick*
By: _____
Peter J. Solnick, Esq.
Fla. Bar 670006